# ELECTRONIC RECORD

COA # 05-14-00523-CR          OFFENSE: 19.02

STYLE: Cristal Paullett Richardson v. The State of Texas          COUNTY: Dallas

COA DISPOSITION: AFFIRMED AS MODIFIED          TRIAL COURT: Criminal District Court No. 6

DATE: 08/11/15          Publish: NO          TC CASE #: F-1300479-X

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Cristal Paullett Richardson v. The State of Texas          CCA #: 1172-15

_APPELLANT'S_ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

REFUSED          JUDGE: _____

DATE: 11/25/2015          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD